**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **BRENDA L. ROBINETTE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 5:09-CV-319 (MTT)** |
| | ) | |
| **CENTRAL STATE HOSPITAL,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

The Plaintiff filed her Complaint (Doc. 1) on September 16, 2009, and her Amended Complaint (Doc. 5) on October 15, 2009. The Defendant filed its Motion for a More Definite Statement (Doc. 11) (the "Motion") on February 8, 2010. On April 12, 2010, this Court filed an Order (Doc. 13) (the "Order") granting the Defendant's Motion. In the Order, the Court gave the Plaintiff 14 days to amend her Amended Complaint to more clearly set out her claims. On April 27, 2010, this Court granted the Plaintiff until May 17 to file another Amended Complaint.

Despite this Court's extension, the Plaintiff did not file her Supplement to Complaint (Doc. 15) until May 21. Moreover, the newly amended complaint was substantially similar to her previous Amended Complaint, which this Court found deficient. The Court filed another Order on September 27 giving the Plaintiff until October 8 to show cause why this case should not be dismissed for failure to comply with this Court's order. The deadline has passed without any filing by the Plaintiff. The Court now dismisses the Plaintiff's case without prejudice for her failure to comply with the Orders of this Court.

**SO ORDERED**, this the 14th day of October, 2010.


                                    S/ Marc T. Treadwell
                                    MARC T. TREADWELL, JUDGE
                                    UNITED STATES DISTRICT COURT


jch