**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| BRENDA L. ROBINETTE, | ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 5:09-CV-319 (MTT) |
| CENTRAL STATE HOSPITAL, | ) ) |
| Defendant. | ) ) |

## ORDER

This matter is before the Court on the Plaintiff's Motion for Plea to Continue Case and Appoint Counsel (Doc. 27) (the "Motion"), which this Court will treat as a motion to reconsider its Order (Doc. 25) dismissing the Plaintiff's case for failure to comply with this Court's previous Order.

This Court dismissed the Plaintiff's case because the Plaintiff failed to comply with multiple Orders of this Court. First, when ordered to file an amended complaint containing a more definite statement of her claim, what the Plaintiff filed was nearly identical to her original Complaint. Next, when ordered to explain to this Court why the Plaintiff failed to comply with the Court's previous Order, the Plaintiff failed to respond. In her Motion, the Plaintiff does not explain why she failed to comply with this Court's Orders. The Plaintiff instead uses the Motion to again argue that the Court should appoint her counsel, a request that this Court already denied on November 17, 2009.

The Plaintiff has not demonstrated why this Court should reconsider its Order (Doc. 25) dismissing her case. Therefore, the Motion (Doc. 27) is **DENIED**. The Plaintiff is reminded, however, that this Court dismissed her case without prejudice.

**SO ORDERED**, this the 20th day of October, 2010.

                                                <u>S/ Marc T. Treadwell</u>
                                                MARC T. TREADWELL, JUDGE
                                                UNITED STATES DISTRICT COURT

jch